HERMAN A. KLATT, Respondent, v. EMILIE KLATT, Appellant.— Judgment affirmed, without costs, upon the ground that the evidence of unwifely conduct on defendant's part, outside of direct proof of adultery charged in the complaint, was in our judgment competent upon the trial of the cause of action for separation, notwithstanding the verdict in defendant's favor upon the trial of the framed issues of adultery under the cause of action for divorce, and upon the further ground that at folio 353 of the record the defendant in court, by her counsel, admitted, in effect, that all the evidence against her, except that as to the actual commission of adultery, was true. We, however, reverse the finding of fact that plaintiff did not have sexual intercourse with the defendant after November, 1915, and that he was not the father of the child born to defendant on October 26, 1916, and also the conclusion of law to the same effect, because we consider that the verdict of the jury was conclusive in her favor upon those issues or questions. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred. Order to be settled before Mr. Justice Mills.

VALENTINO MARCELLO, Respondent, v. CHARLES DELOCA and Others, Appellants.— In the 10th finding of fact the " Two hundred ninety-three ($293) dollars " balance found due and owing the plaintiff from the appellant, is stricken out, and " Two hundred and fifty-three and 02/100 ($253.02) dollars " inserted in lieu thereof, to conform such balance to the findings of the total indebtedness of $1,644.75 due the plaintiff from the appellant Deloca, and the credit of $1,391.73 to which Deloca was entitled in reduction thereof; the 1st, 2d and 3d conclusions of law and the judgment are each modified accordingly; and as so modified the judgment of the County Court of Queens county is affirmed, without costs to either party in this court. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

LEWIS E. McCONNELL, Respondent, v. JAMES BINKOV and ISAAC BOTTER, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. We are unable to perceive in what respect the moving papers are deficient. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

WLADISLAW MODZELEWSKI, as Administrator, etc., Respondent, v. S. LIEBMANN'S SONS BREWING COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error at folio 274 of the record. In the charge made upon request, the degree of care is not stated, and by the charge the issue of contributory negligence is improperly eliminated from the case. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

SARAH A. MOORE and Others, Appellants, v. GEORGE M. HENDERSON, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.